GARY M. RESTAINO
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

FILED _____ LODGED
_____ RECEIVED _____ COPY

OCT 2 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Kristofer Michael Mittag,<br><br>Defendant. | No.  CR-23-1455-PHX-JJT (JZB)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 1<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement During the Purchase of a Firearm)<br>Counts 2-13 |

**THE GRAND JURY CHARGES:**

### COUNT 1

From on or about May 11, 2021, through on or about September 27, 2021, within the District of Arizona, Defendant KRISTOFER MICHAEL MITTAG, not being licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNTS 2-13**

On or about the dates below, in the District of Arizona, KRISTOFER MICHAEL MITTAG knowingly made a false statement and representation to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant KRISTOFER MICHAEL MITTAG did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate dates below, stating that he resided at the address listed on the Form 4473, when in truth and fact, he knew that he resided at a different address:

| Count | Date | Business Name |
| --- | --- | --- |
| 2. | May 11, 2021 | Sportsman's Warehouse (Phoenix, Arizona) |
| 3. | May 12, 2021 | Sportsman's Warehouse (Phoenix, Arizona) |
| 4. | May 14, 2021 | Sportsman's Warehouse (Phoenix, Arizona) |
| 5. | May 20, 2021 | Sportsman's Warehouse (Phoenix, Arizona) |
| 6. | May 23, 2021 | Sportsman's Warehouse (Avondale, Arizona) |
| 7. | May 27, 2021 | Mo Money Pawn (Phoenix, Arizona) |
| 8. | May 31, 2021 | Sportsman's Warehouse (Phoenix, Arizona) |
| 9. | June 1, 2021 | Sportsman's Warehouse (Avondale, Arizona) |
| 10. | June 2, 2021 | Sportsman's Warehouse (Phoenix, Arizona) |
| 11. | June 12, 2021 | Sportsman's Warehouse (Phoenix, Arizona) |
| 12. | June 20, 2021 | Sportsman's Warehouse (Phoenix, Arizona) |
| 13. | June 25, 2021 | Pawn 1st (Phoenix, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date:  October 24, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/

BENJAMIN GOLDBERG
Assistant U.S. Attorney